[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11277
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 20, 2010
JOHN LEY
CLERK

D.C. Docket No. 4:08-cr-00368-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ANTHONY GRANT,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

(October 20, 2010)

Before TJOFLAT, WILSON and HILL, Circuit Judges

PER CURIAM:

Steven L. Beauvais, appointed counsel for Michael Anthony Grant in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Grant's conviction and sentence are **AFFIRMED**.